

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 10–30659
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Shannon Elaine Allman
      fka Shannon Elaine Tarczynski
   4918 Unionville Road
   Monroe, NC 28110
   Social Security No.: xxx–xx–1432

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Richard M. Mitchell is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: June 23, 2010                                        BY THE COURT

                                                                                        J. Craig Whitley
                                                                         United States Bankruptcy Judge

Electronically filed and signed (6/23/10)

# CERTIFICATE OF NOTICE

```
District/off: 0419-3           User: ashcraftt              Page 1 of 1                  Date Rcvd: Jun 23, 2010
Case: 10-30659                 Form ID: 150                 Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 25, 2010.
db          +Shannon Elaine Allman,   4918 Unionville Road,   Monroe, NC 28110-9437

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 25, 2010**                            **Signature:**  _Joseph Speetjens_